CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Assistant U.S. Attorney
Chief, Civil Division

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-6748
    pamela.johann@usdoj.gov

Attorneys for Federal Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JORGE ESTUARDO MARIN, | No. 25-cv-05990-EKL |
|     Petitioner-Plaintiff, | **STIPULATED REQUEST TO AMEND DEADLINES; [~~PROPOSED~~] ORDER** |
| v. | |
| U.S. DEPARTMENT OF JUSTICE, et al., | |
|     Respondents-Defendants | |

    Petitioner-Plaintiff Jorge Estuardo Marin ("Petitioner") and Federal Respondents-Defendants ("Respondents") hereby stipulate as follows:

    1.    On July 16, 2025, Petitioner filed a Petition for a Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief seeking the return of Petitioner, who had been deported to Guatemala on or about July 14, 2025, to the United States. Dkt. No. 1.

    2.    On Friday, July 17, 2025, the Court issued an Order to Show Cause requiring Petitioner to serve a copy of his Petition and the Order on Respondents and their counsel and directing Respondents to file an answer responding to the allegations of the Petition within three days of service. Dkt. No. 6. The Court directed Petitioner to file a traverse within two days of service of Respondents' Response. The Court indicated that the parties may stipulate to amend these deadlines by filing a

1. proposed order for the Court's consideration. *Id.* at 3.

2. 3. The Enforcement and Removal Operations ("ERO") Division of Immigration and Customs Enforcement ("ICE") intends to return Petitioner to the United States, and ERO is actively working to effectuate the return. ERO is in the process of completing the paperwork and working to arrange transport for Petitioner from Guatemala. The undersigned has been meeting and conferring with counsel for Petitioner and providing updates regarding the status of ERO's efforts to return Petitioner to the United States.

4. The parties anticipate that once transport arrangements have been finalized, Petitioner will dismiss his Petition/Complaint. To provide additional time for ERO to arrange for Petitioner's return from Guatemala and parole into the United States, the parties have agreed, subject to the Court's approval, that the deadline for Respondents to file an answer responding to the allegations of the Petition shall be extended to July 23, 2025, and the deadline for any Traverse shall be extended to July 25, 2025.

The parties respectfully request that the Court enter the attached order extending the dates in accordance with this stipulation.

IT IS SO STIPULATED.

DATED: July 21, 2025

Respectfully submitted,

CRAIG S. MISSAKIAN
United States Attorney

*/s/ Pamela T. Johann*
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Respondents-Defendants

DATED: July 21, 2025

JOSE MARIN LAW, INC.

*/s/ Jose Z. Marin*
JOSE MARIN

Attorneys for Petitioner-Plaintiff

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I, Pamela Johann, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.

*/s/ Pamela Johann*
PAMELA JOHANN

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  Respondents shall file their Response to Petitioner's Petition by July 23, 2025. Plaintiff may file a Traverse by July 25, 2025.  After receiving the answer, the Court will set a hearing.

IT IS SO ORDERED

DATED:  July 22, 2025

THE HON. EUMI K. LEE
United States District Judge