1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Assistant United States Attorney
3  Chief, Civil Division

4  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
5  Telephone: (415) 436-7200
   Fax: (415) 436-6748
6  pamela.johann@usdoj.gov

7  Attorneys for Federal Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JORGE ESTUARDO MARIN, | ) No. 25-cv-05990-EKL |
| Petitioner-Plaintiff, | ) **SECOND STIPULATED REQUEST TO AMEND DEADLINES; [PROPOSED] ORDER** |
| v. | ) |
| U.S. DEPARTMENT OF JUSTICE, et al., | ) |
| Respondents-Defendants | ) |

Petitioner-Plaintiff Jorge Estuardo Marin ("Petitioner") and Federal Respondents-Defendants ("Respondents") hereby stipulate as follows:

1.  On July 16, 2025, Petitioner filed a Petition for a Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief seeking the return of Petitioner, who had been deported to Guatemala on or about July 14, 2025, to the United States. Dkt. No. 1.

2.  On Friday, July 17, 2025, the Court issued an Order to Show Cause requiring Petitioner to serve a copy of his Petition and the Order on Respondents and their counsel and directing Respondents to file an answer responding to the allegations of the Petition within three days of service. Dkt. No. 6. The Court directed Petitioner to file a traverse within two days of service of Respondents' Response. The Court indicated that the parties may stipulate to amend these deadlines by filing a proposed order for the Court's consideration. *Id.* at 3.

3. On July 21, 2025, the parties submitted a stipulated request to extend the deadline for Respondent's Response to July 23, 2025, and the deadline for Petitioner's Traverse to July 25, 2025. Dkt. No. 13. The Court entered the order extending the deadlines accordingly on July 22, 2025. Dkt. No. 14.

4. As previously reported, the Enforcement and Removal Operations ("ERO") Division of Immigration and Customs Enforcement ("ICE") intends to return Petitioner to the United States, and ERO is actively working to effectuate the return. ERO is attempting to expedite the approval process to the extent possible, but it will take additional time to finalize the travel arrangements and return Petitioner from Guatemala.

5. The parties anticipate that Petitioner will dismiss his Petition/Complaint once Petitioner is returned to the United States. To provide additional time for ERO to arrange for Petitioner's return from Guatemala and parole into the United States, the parties have agreed, subject to the Court's approval, that the deadline for Respondents to file an answer responding to the allegations of the Petition shall be extended to August 6, 2025, and the deadline for any Traverse shall be extended to August 8, 2025.

The parties respectfully request that the Court enter the attached order extending the dates in accordance with this stipulation.

IT IS SO STIPULATED.

DATED: July 23, 2025                                Respectfully submitted,

                                                    CRAIG S. MISSAKIAN
                                                    United States Attorney

                                                    */s/ Pamela T. Johann*
                                                    PAMELA T. JOHANN
                                                    Assistant United States Attorney

                                                    Attorneys for Respondents-Defendants

DATED: July 23, 2025                                JOSE MARIN LAW, INC.

                                                    */s/ Jose Z. Marin*
                                                    JOSE MARIN

                                                    Attorneys for Petitioner-Plaintiff

SECOND STIPULATION REGARDING BRIEFING SCHEDULE AND [PROPOSED] ORDER
25-cv-05990-EKL                                     2

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I, Pamela Johann, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.

*/s/ Pamela Johann*
PAMELA JOHANN

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  Respondents shall file their Response to Petitioner's Petition by August 6, 2025. Plaintiff may file a Traverse by August 8, 2025.  After receiving the answer, the Court will set a hearing.

IT IS SO ORDERED

DATED:   July 24, 2025

THE HON. EUMI K. LEE
United States District Judge