1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Assistant United States Attorney
3  Chief, Civil Division

4        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
5        Telephone: (415) 436-7200
         Fax: (415) 436-6748
6        pamela.johann@usdoj.gov

7  Attorneys for Federal Respondents

8

                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11

12  JORGE ESTUARDO MARIN,                )   No. 25-cv-05990-EKL
                                         )
13              Petitioner-Plaintiff,    )   **FOURTH STIPULATED REQUEST TO**
                                         )   **AMEND DEADLINES; [PROPOSED]**
14       v.                              )   **ORDER**
                                         )
15  U.S. DEPARTMENT OF JUSTICE, et al.,  )
                                         )        **\*\*AS MODIFIED\*\***
16              Respondents-Defendants   )
                                         )
17

18       Petitioner-Plaintiff Jorge Estuardo Marin ("Petitioner") and Federal Respondents-Defendants

19  ("Respondents") hereby stipulate as follows:

20       1.      On July 16, 2025, Petitioner filed a Petition for a Writ of Habeas Corpus and Complaint

21  for Declaratory and Injunctive Relief seeking the return of Petitioner, who had been deported to

22  Guatemala on or about July 14, 2025, to the United States. Dkt. No. 1.

23       2.      On Friday, July 17, 2025, the Court issued an Order to Show Cause requiring Petitioner

24  to serve a copy of his Petition and the Order on Respondents and their counsel and directing

25  Respondents to file an answer responding to the allegations of the Petition within three days of service.

26  Dkt. No. 6.  The Court directed Petitioner to file a traverse within two days of service of Respondents'

27  Response.  Pursuant to stipulated requests, the briefing schedule has been revised three times.

28  Respondents' return is currently due August 20, 2025, and Petitioner's traverse is due August 22, 2025.

FOURTH STIPULATION REGARDING BRIEFING SCHEDULE; [PROPOSED] ORDER
25-cv-05990-EKL                              1

1    Dkt. No. 19.

2        3.       The Enforcement and Removal Operations ("ERO") Division of Immigration and

3    Customs Enforcement ("ICE") is actively working to effectuate the return of Petitioner to the United

4    States.  Petitioner's return to the United States has been authorized by ERO HQ, and ERO is in the

5    process of finalizing travel arrangements.  ERO is currently anticipating a return travel date of August

6    25, 2025.

7        4.       The parties anticipate that Petitioner will dismiss his Petition/Complaint once flight

8    arrangements to the United States have been finalized.  To provide additional time for ERO to finalize

9    arrangements for Petitioner's return from Guatemala, the parties have agreed, subject to the Court's

10   approval, that the deadline for Respondents to file an answer responding to the allegations of the Petition

11   shall be extended to September 3, 2025, and the deadline for any traverse shall be extended to

12   September 5, 2025.

13       The parties respectfully request that the Court enter the attached order extending the dates in

14   accordance with this stipulation.

15       IT IS SO STIPULATED.

16    DATED: August 20, 2025                     Respectfully submitted,

17                                               CRAIG S. MISSAKIAN
                                                 United States Attorney
18
                                                 */s/ Pamela T. Johann*
19                                               PAMELA T. JOHANN
                                                 Assistant United States Attorney
20
                                                 Attorneys for Respondents-Defendants
21

22   DATED: August 20, 2025                     JOSE MARIN LAW, INC.

23                                               */s/ Jose Z. Marin*
                                                 JOSE MARIN
24
                                                 Attorneys for Petitioner-Plaintiff
25

26                              **ECF ATTESTATION**

27       In accordance with Civil Local Rule 5-1(i)(3), I, Pamela Johann, attest that I have obtained

28

FOURTH STIPULATION REGARDING BRIEFING SCHEDULE; [PROPOSED] ORDER
25-cv-05990-EKL                                    2

1 | concurrence in the filing of this document from the other signatory listed here.

2 |
3 |

*/s/ Pamela Johann*
PAMELA JOHANN

4 |

**[PROPOSED] ORDER**

5 |        Pursuant to stipulation, IT IS SO ORDERED.  Respondents shall file their Response to

6 | Petitioner's Petition by September 3, 2025. Plaintiff may file a traverse by September 5, 2025.  After

7 | receiving the answer, the Court will set a hearing.

8 | By August 27, 2025, the parties shall file a joint update regarding the status of Petitioner's return to

9 | the United States.

10 |        IT IS SO ORDERED

11 |

12 | DATED:

13 |                                            THE HON. EUMI K. LEE
                                                United States District Judge

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |